LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone:  (201) 882-0303
Fax:      (201) 299-2714
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HONG FAT SHIPPING INC.

                Plaintiff,

- against -

SEALINK SHIPPING COMPANY LIMITED
AND SEALINK STEAMSHIP PTE LTD. AND
FAITHFUL LINKER LIMITED
                Defendants.

-------------------------------------------------------------X

ECF CASE

08 Civ. 1023 (SHS)

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Hong Fat Shipping Inc. represents to this Honorable Court that said Plaintiff has no corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       January 31, 2008

                              **LAW OFFICES OF RAHUL WANCHOO**
                              Attorneys for Plaintiff
                              HONG FAT SHIPPING INC.

                              By: _____/S/_____
                                  Rahul Wanchoo (RW-8725)