UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HONG FAT SHIPPING INC.,                            :        08 CV 1023 (SHS)

              Plaintiff,                                :        **RESTRICTED APPEARANCE**

   - against -                                             :

SEALINK SHIPPING CO. LTD. ET AL,           :

             Defendants.                          :
------------------------------------------------------------X

       SEALINK SHIPPING CO. LTD., by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rules E(4)(f) and E(8).

Dated: February 22, 2008
       New York, NY

                                      LENNON, MURPHY & LENNON, LLC
                                      *Attorneys for SEALINK SHIPPING CO. LTD.*

                      By: _____
                               Kevin J. Lennon
                               The GrayBar Building
                               420 Lexington Avenue, Suite 300
                               New York, NY 10170
                               (212) 490-6050 - phone
                               (212) 490-6070 - facsimile
                               kjl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 22, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon