USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HONG FAT SHIPPING INC.

              Plaintiff,

- against -

SEALINK SHIPPING COMPANY LIMITED
AND SEALINK STEAMSHIP PTE LTD. AND
FAITHFUL LINKER LIMITED

              Defendants.

------------------------------------------------------------X

ECF CASE

08 Civ. 1023 (SHS)

**STIPULATION OF DISMISSAL
AND ORDER FOR RELEASE
OF DEFENDANTS' PROPERTY**

      WHEREAS, this action was commence by filing of a Verified Complaint on January 31, 2008; and

      WHEREAS, pursuant to Supplemental Rules For Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, the Court issued its Order of January 31, 2008, directing the Clerk of the court to issue a Writ of Maritime Attachment and Garnishment ("Writ of Attachment") to restrain property of the Defendants found in the District up to an amount of $3,881,613.00; and

      WHEREAS, the parties have agreed to terms concerning establishment of security for Plaintiff's claims enumerated in Raetsclub Marine's Guarantee/Letter of Undertaking.

      **IT IS HEREBY ORDERED**, that any funds restrained by any Garnishees in the district pursuant to the Writ of Attachment authorized by the Court's Order dated January 31, 2008, be released in accordance with the original wire transfer instructions; and

08 civ 1023 (SHS)

**IT IS FURTHER ORDERED**, that this action be dismissed with prejudice and without costs as to either party.

| | |
|---|---|
| Law Office of RAHUL WANCHOO<br>Attorneys for Plaintiff | LENNON, MURPHY & LENNON, LLC<br>Attorneys for Defendant Sealink Shipping Co. Ltd. |
| *Rahul Wanchoo*<br>Rahul Wanchoo<br>350 Fifth Avenue, 59th Floor<br>Ridgewood, NJ 07450<br>(201) 882-0303 – phone<br>(201) 301-3576 – facsimile<br>rwanchoo@wanchoolaw.com | *Kevin J. Lennon*<br>Kevin J. Lennon<br>420 Lexington Avenue, Suite 300<br>New York, NY 10170<br>(212) 490-6050 – phone<br>(212) 490-6070 – facsimile<br>kjl@lenmur.com |

2/26/08

**SO ORDERED:**

_____
U.S.D.J.